**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  April 09, 2025

ARNISSA LACHELL HOLLOWAY
P.O. Box 151
State Line, MS  39362

CASE NO.  22-51170 KMS

**RE:     NOTICE OF DEFAULT**

Dear Debtor:

    Pursuant to a previous Order of this Court, **if you become delinquent in your Chapter 13 payments, your case will be dismissed without further hearing**. Enclosed is a printout showing your payment history. As you can see, your payments are delinquent.

    The Order of Dismissal will be sent to the Court fourteen (14) days from the date of this letter unless you are current with your plan payments or other relief is sought.

    A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE
CASE ADMINISTRATOR:  DARLENE SLADE

COUNSEL FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

DAVID RAWLINGS, STANDING TRUSTEE
INQUIRY ON CASE 22-51170 KMS, ARNISSA LACHELL HOLLOWAY

## RECEIPT DATA

| | | | |
|---|---|---|---|
| TOTAL RCPTS: $31,886.19 | # MO. SINCE CON: 26 | RCPTS OVERDUE: | $5,238.75 |
| LAST RCPT: 02/07/2025 | # MO. REMAINING: 60 | | |
| RCPTS DUE: $56,010.16 | TOTAL PLAN LENGTH: 60 | | |

## RECEIPT SCHEDULE  (Payroll Order)

| NAME | AMOUNT | START DATE | # OF PERIODS | FREQUENCY |
|---|---|---|---|---|
| ARNISSA LACHELL HOLLOW. | $1,423.22 | 11/11/2022 | 13 | MONTHLY |
| ARNISSA LACHELL HOLLOW. | $1,548.02 | 12/11/2023 | 3 | MONTHLY |
| ARNISSA LACHELL HOLLOW. | $9.02 | 03/11/2024 | 1 | MONTHLY |
| ARNISSA LACHELL HOLLOW. | $0.00 | 04/11/2024 | 4 | MONTHLY |
| ARNISSA LACHELL HOLLOW. | $1,746.25 | 08/11/2024 | 1 | MONTHLY |
| ARNISSA LACHELL HOLLOW. | $1,746.25 | 09/11/2024 | 38 | MONTHLY |
| ARNISSA LACHELL HOLLOW. | $0.00 | 11/11/2027 | End of Plan | MONTHLY |

### RECEIPTS FOR THE LAST SIX MONTHS:

| DATE | TYPE | REFERENCE | AMOUNT | SOURCE |
|---|---|---|---|---|
| 11/08/2024 | WD | 919537 | $1,746.25 | 071715 |
| 11/25/2024 | WD | 921701 | $1,746.25 | 071739 |
| 12/31/2024 | WD | 925572 | $1,746.25 | 071761 |
| 02/07/2025 | WD | 929850 | $1,746.25 | 071792 |