# Proceeding Minutes / Proceeding Memo

**Case #:** 22-51170  **Case Name:** Arnissa Lachell Holloway

**Set:** 04/17/2025 10:30 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion to Determine Validity of Payment Change Re: Community Bank Filed by Trustee David Rawlings  (Dkt. #101)

---

Minute Entry Re: (related document(s): [101] Motion to Determine Validity of Payment Change filed by David Rawlings) Duncan to submit a no response Order due by 05/01/2025. Email received from Duncan. (mcc)