# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Arnissa Lachell Holloway, Debtor         Case No. 22-51170-KMS
                                                    CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  April 15, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                Jennifer Ann Curry Calvillo (MSBN 104367)
                                                The Rollins Law Firm, PLLC
                                                P.O Box 13767
                                                Jackson, MS 39236

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Arnissa Lachell Holloway, Debtor           Case No. 22-51170
                                                     CHAPTER 13

### MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in May 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on April 16, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                        <u>/s/ Thomas C. Rollins, Jr.</u>
                                        Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-51170 |
|---|---|
| ARNISSA LACHELL HOLLOWAY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 4/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ARNISSA LACHELL HOLLOWAY | CASE NO: 22-51170<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 4/16/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/16/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-51170<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE APR 15 15-10-33 PST 2025 | COMMUNITY BANK<br>CO ROBERT ALAN BYRD<br>PO BOX 1939<br>BILOXI MS 39533-1939 | COMMUNITY BANK OF MISSISSIPPI<br>CO ROBERT ALAN BYRD<br>PO BOX 1939<br>BILOXI MS 39533-1939 |
| FIRST HERITAGE CO HEIGHTS FINANCE<br>HOLDING C<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 | EXCLUDE<br>US BANKRUPTCY COURT<br>DAN M RUSSELL JR US COURTHOUSE<br>2012 15TH STREET SUITE 244<br>GULFPORT MS 39501-2036 | 1ST FRANKLIN FINANCIAL<br>6335 US HWY 49<br>SUITE 20<br>HATTIESBURG MS 39401 |
| 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 | 1ST HERTGE CREDIT<br>903 ROBINSON ST<br>WAYNESBORO MS 39367-2455 | (P)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 |
| AFFIRM INC<br>PO BOX 720<br>SAN FRANCISCO CA 94104-0720 | USPS CHANGE<br>ARTHUR E WOOD MEDICAL CLINIC<br>951 MATTHEW DR STE D<br>WAYNESBORO MS 39367-2566 | ASHLEY FUNDING SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| (P)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 | (P)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 |
| CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO IL 60604-2863 | CENTRAL FINANCE<br>PO BOX 539<br>WAYNESBORO MS 39367-0539 | COMENITY BANK<br>PO BOX 183044<br>COLUMBUS OH 43218-3044 |
| COMMUNITY BANK<br>POB 59<br>FOREST MS 39074-0059 | CORRECT CARE INC WASHINGTON CO HOSPITAL<br>CO FRANKLIN SERVICE INC<br>PO BOX 3910<br>TUPELO MS 38803-3910 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 |
| FIRST HERITAGE CREDIT OF MISSISSIPPI LLC<br>DBA FIRST HERITAGE CO<br>HEIGHTS FINANCE HOLDING CO<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 | FRANKLIN COLLECTION SE<br>2978 W JACKSON ST<br>TUPELO MS 38801-6731 | GULFCO OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | (P)LENDINGPOINT<br>1201 ROBERTS BLVD<br>SUITE 200<br>KENNESAW GA 30144-3612 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | |
|---|---|---|
| (P)MERCHANTS ADJUSTMENT SERVICE INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 | ~~(D)(P)MERCHANTS ADJUSTMENT SERVICE INC~~<br>~~ATTN ATTN SHERI~~<br>~~PO BOX 7511~~<br>~~MOBILE AL 36670-0511~~ | NELNET<br>PO BOX 82561<br>LINCOLN NE 68501-2561 |

| | | EXCLUDE |
|---|---|---|
| ROBERT ALAN BYRD<br>BYRD AND WISER<br>FOR COMMUNITY BANK<br>PO BOX 1939<br>BILOXI MS 39533-1939 | SOUTHERN FINANCIAL SYS<br>PO BOX 15203<br>HATTIESBURG MS 39404-5203 | ~~(D)(P)STATE OF ALABAMA DEPARTMENT OF~~<br>~~REVENUE~~<br>~~P O BOX 320001~~<br>~~MONTGOMERY AL 36132-0001~~ |

| | | EXCLUDE |
|---|---|---|
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |

| EXCLUDE | | DEBTOR |
|---|---|---|
| ~~(D)WSBADCOCK CORPORATION~~<br>~~POST OFFICE BOX 724~~<br>~~MULBERRY FL 33860-0724~~ | (P)WAYNE GENERAL HOSPITAL<br>950 MATTHEW DRIVE<br>WAYNESBORO MS 39367-2590 | ARNISSA LACHELL HOLLOWAY<br>PO BOX 151<br>STATE LINE MS 39362-0151 |

| EXCLUDE | | EXCLUDE |
|---|---|---|
| ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |