

**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 23, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ARNISSA LACHELL HOLLOWAY,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-51170-KMS

DAVID RAWLINGS, TRUSTEE

ORDER ON TRUSTEE'S MOTOIN     (Dkt. #101)
TO REVIEW NOTICE OF MORTGAGE PAYMENT CHANGE

THIS DAY, THIS CAUSE, came to heard on the Trustee's Motoin To Review Community Bank's (CB) 2-20-2025 Notice Of Mortgage Payment Change (Docket No.100), and no Response having been filed and the Debtor having failed to Object, the Court finds the Motion is granted and that said Notice Of Mortgage Payment Change is not allowed but shall be deemed a request to lower the monthly Special Claim for taxes/insurance.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to lower the CB monthly Special Claim for taxes/insurance to $292.11/monthly, effective the month following entry of this Order and with CB being required to account for any over disbursements for taxes/insurance, and the Trustee is directed to adjust the Plan payment accordingly.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgement as set for in Rule 9021 of the Federal Rules Of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved by:

/s/ Brian C. Wilson, Attorney
for Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601) 582-5011
Mississippi Bar # 9994
bwilson@rawlings13.net