United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                     Case No. 22-51170-KMS

Arnissa Lachell Holloway                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                            User: mssbad                            Page 1 of 2

Date Rcvd: Apr 23, 2025                     Form ID: pdf012                     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnissa Lachell Holloway, P.O. Box 151, State Line, MS 39362-0151 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Apr 23 2025 19:50:00 | Community Bank, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| cr | + | Email/Text: wrs@byrdwiser.com | Apr 23 2025 19:50:00 | Community Bank of Mississippi, c/o Robert Alan Byrd, PO Box 1939, Biloxi, MS 39533-1939 |
| 5155615 | + | Email/Text: lindsay.currie@communitybank.net | Apr 23 2025 19:50:00 | Community Bank, Pob 59, Forest, MS 39074-0059 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf012 | Total Noticed: 4 |

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

Jennifer A Curry Calvillo
    on behalf of Debtor Arnissa Lachell Holloway jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Robert Alan Byrd
    on behalf of Creditor Community Bank rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Robert Alan Byrd
    on behalf of Creditor Community Bank of Mississippi rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Samuel J. Duncan
    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Arnissa Lachell Holloway trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 23, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ARNISSA LACHELL HOLLOWAY,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-51170-KMS

DAVID RAWLINGS, TRUSTEE

<u>ORDER ON TRUSTEE'S MOTOIN</u>     (Dkt. #101)
<u>TO REVIEW NOTICE OF MORTGAGE PAYMENT CHANGE</u>

THIS DAY, THIS CAUSE, came to heard on the Trustee's Motoin To Review Community Bank's (CB) 2-20-2025 Notice Of Mortgage Payment Change (Docket No.100), and no Response having been filed and the Debtor having failed to Object, the Court finds the Motion is granted and that said Notice Of Mortgage Payment Change is not allowed but shall be deemed a request to lower the monthly Special Claim for taxes/insurance.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to lower the CB monthly Special Claim for taxes/insurance to $292.11/monthly, effective the month following entry of this Order and with CB being required to account for any over disbursements for taxes/insurance, and the Trustee is directed to adjust the Plan payment accordingly.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgement as set for in Rule 9021 of the Federal Rules Of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved by:

/s/ Brian C. Wilson, Attorney
for Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601) 582-5011
Mississippi Bar # 9994
bwilson@rawlings13.net