

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 28, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ARNISSA LACHELL HOLLOWAY,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-51170-KMS

DAVID RAWLINGS, TRUSTEE

**AMENDED** ORDER ON TRUSTEE'S MOTION
TO REVIEW NOTICE OF MORTGAGE PAYMENT CHANGE   (Dkt .#101)

THIS DAY, THIS CAUSE, came to heard on the Trustee's Motoin To Review Community

Bank's (CB) 2-20-2025 Notice Of Mortgage Payment Change (Docket No.100), and no Response

having been filed and the Debtor having failed to Object, the Court finds the Motion is granted

and that said Notice Of Mortgage Payment Change is not allowed but shall be deemed a request

to lower the monthly Special Claim for taxes/insurance.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to

**INCREASE** the CB monthly Special Claim for taxes/insurance to $292.11/monthly, effective the

month following entry of this Order and with CB being required to account for any over

disbursements for taxes/insurance, and the Trustee is directed to adjust the Plan payment

accordingly.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgement as set for in Rule 9021 of the Federal Rules Of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved by:

/s/ Brian C. Wilson, Attorney
for Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601) 582-5011
Mississippi Bar # 9994
bwilson@rawlings13.net