United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 22-51170-KMS
Arnissa Lachell Holloway  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jul 16, 2025     Form ID: ntcdsm     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnissa Lachell Holloway, P.O. Box 151, State Line, MS 39362-0151 |
| 5155613 | + | Central Finance, P.O. Box 539, Waynesboro, MS 39367-0539 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Jul 16 2025 19:32:00 | Community Bank, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| cr | + | Email/Text: wrs@byrdwiser.com | Jul 16 2025 19:32:00 | Community Bank of Mississippi, c/o Robert Alan Byrd, PO Box 1939, Biloxi, MS 39533-1939 |
| cr | + | Email/Text: bankruptcy@curo.com | Jul 16 2025 19:32:00 | First Heritage C/O Heights Finance Holding CO., P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| 5155605 | | Email/Text: bankruptcy@1ffc.com | Jul 16 2025 19:32:00 | 1st Franklin Financial, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5165335 | + | Email/Text: bankruptcy@1ffc.com | Jul 16 2025 19:32:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5155606 | + | Email/Text: bankruptcy@curo.com | Jul 16 2025 19:32:00 | 1st Hertge Credit, 903 Robinson St, Waynesboro, MS 39367-2455 |
| 5159981 | | Email/Text: ashaw@waynegeneralhospital.org | Jul 16 2025 19:32:00 | Arthur E. Wood Medical Clinic, 920 Matthew Dr. Suite D, Waynesboro, MS 39367 |
| 5155607 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 16 2025 19:40:09 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5176770 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 19:40:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5155612 | | Email/Text: bankruptcy@creditfresh.com | Jul 16 2025 19:31:00 | CBW/CreditFresh, 200 Continental Drive, Newark, DE 19713 |
| 5155610 | + | EDI: CAPITALONE.COM | Jul 16 2025 23:30:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5155611 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 16 2025 19:31:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5155614 | | EDI: WFNNB.COM | Jul 16 2025 23:30:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5155615 | + | Email/Text: lindsay.currie@communitybank.net | Jul 16 2025 19:32:00 | Community Bank, Pob 59, Forest, MS 39074-0059 |
| 5156880 | + | Email/Text: FSBank@franklinservice.com | Jul 16 2025 19:31:00 | Correct Care Inc Washington Co Hospital, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: ntcdsm | Total Noticed: 36 |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5155616 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2025 19:40:03 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5156156 | + | Email/Text: bankruptcy@curo.com | Jul 16 2025 19:32:00 | First Heritage Credit of Mississippi, LLC, d/b/a First Heritage c/o, Heights Finance Holding Co., PO Box 1947, Greenville, SC 29602-1947 |
| 5155617 | + | Email/Text: FSBank@franklinservice.com | Jul 16 2025 19:31:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5178311 | + | Email/Text: bankruptcy@towerloan.com | Jul 16 2025 19:32:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5177428 | | EDI: JEFFERSONCAP.COM | Jul 16 2025 23:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5155618 | | Email/Text: Bkynotices@lendingpoint.com | Jul 16 2025 19:32:00 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 5169336 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 19:39:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5155619 | | Email/Text: sheri@masinc.org | Jul 16 2025 19:31:00 | Merchant Adjustment Service, P O Box 7511, 56 N Florida St, Mobile, AL 36670 |
| 5155620 | | Email/Text: sheri@masinc.org | Jul 16 2025 19:31:00 | Merchants ADJ Service, P.O. Box 7511, Mobile, AL 36670 |
| 5155621 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 16 2025 19:32:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5160092 | + | Email/Text: wrs@byrdwiser.com | Jul 16 2025 19:32:00 | Robert Alan Byrd, Byrd and Wiser, For Community Bank, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5157541 | | EDI: ALDEPREV | Jul 16 2025 23:30:00 | State of Alabama, Department of Revenue, Legal Division, P.O. Box 320001, Montgomery, Alabama 36132-0001 |
| 5155608 | | EDI: ALDEPREV | Jul 16 2025 23:30:00 | AL Dept of Revenue, 50 N Ripley St, Montgomery, AL 36132 |
| 5155622 | + | Email/Text: angiec@mysfsinc.com | Jul 16 2025 19:32:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5155623 | | Email/Text: bankruptcy@towerloan.com | Jul 16 2025 19:32:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5160043 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 16 2025 19:32:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5155609 | | Email/Text: bali@badcock.com | Jul 16 2025 19:31:00 | Badcock Furniture, Customer Service Dept, PO Box 497, Mulberry, FL 33860 |
| 5156124 | + | Email/Text: bali@badcock.com | Jul 16 2025 19:31:00 | W.S.Badcock Corporation, Post Office Box 724, Mulberry, FL 33860-0724 |
| 5155624 | | Email/Text: twilliams@waynegeneralhospital.org | Jul 16 2025 19:31:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: ntcdsm | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Arnissa Lachell Holloway jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert Alan Byrd | on behalf of Creditor Community Bank of Mississippi rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Robert Alan Byrd | on behalf of Creditor Community Bank rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arnissa Lachell Holloway trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 9

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 22−51170−KMS
Chapter: 13

In re:
    Arnissa Lachell Holloway
    P.O. Box 151
    State Line, MS 39362

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−5845

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 16, 2025.

Dated: 7/16/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790