**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Arnissa Lachell Holloway**                              **Case No. 22-51170**
             **, Debtor**                                                       **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $3,335.00 | $34.98 | $3,369.98 | 32 | 01/10/2023 |
| $2,270.00 | $70.78 | $2,340.78 | 52 | 05/02/2023 |
| $385.00 | $49.30 | $434.30 | 57 | 08/09/2023 |
| $375.00 | $0.00 | $375.00 | 67 | 12/07/2023 |
| $385.50 | $0.00 | $385.50 | 79 | 04/08/2024 |
| $762.50 | $28.38 | $790.88 | 92 | 08/13/2024 |
| $1,198.50 | $34.11 | $1,232.61 | n/a | n/a |
| $8,711.50 | $217.55 | $8,929.05 | | |



# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236 United States

Arnissa Lachell Holloway
23 Sand Bed Loop
State line, MS 39362

## 04553-Holloway Arnissa Lachell

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | AL | 09/14/2022 | Reviewed and Organized ID received by email | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/14/2022 | Reviewed and organized ID received by email | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/14/2022 | Imported credit report, reviewed and edited creditors on schedules | 0.20 | $150.00 | $30.00 |
| Service | AL | 09/14/2022 | Emailed credit report for debtor's review. | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/14/2022 | Reviewed and Organized Tax Returns received by email | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/15/2022 | Reviewed and Organized Debt contract received by email | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/15/2022 | Reviewed and Organized bank statements received over several email | 0.20 | $150.00 | $30.00 |
| Service | AL | 09/15/2022 | Reviewed and responded to email from debtor on which debts to include | 0.10 | $150.00 | $15.00 |
| Service | AL | 09/19/2022 | Reviewed and Organized paystub received by email | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---------|-----|------------|------------------------------------------------------------------------------------|------|----------|---------|
| Service | AL  | 09/22/2022 | Reviewed and organized RLF packet received by email | 0.10 | $150.00 | $15.00 |
| Service | AL  | 09/22/2022 | Voicemail for debtor per her request to call. | 0.10 | $150.00 | $15.00 |
| Service | AL  | 09/22/2022 | Reviewed and organized bank statements | 0.10 | $150.00 | $15.00 |
| | | | received over several emails | | | |
| Service | AL  | 09/27/2022 | Prepared petition, schedules and sofa for attorney review | 0.30 | $150.00 | $45.00 |
| Service | AL  | 09/27/2022 | Prepared creditors matrix and sent to debtor for review. | 0.10 | $150.00 | $15.00 |
| Service | AL  | 09/27/2022 | Reviewed email from debtor on creditor matrix approval and respond with answers to her questions | 0.10 | $150.00 | $15.00 |
| Service | JAC | 09/28/2022 | Review through documents provided by debtor | 0.20 | $350.00 | $70.00 |
| Service | JAC | 09/28/2022 | Review Petition, Social Security Page & Matrix | 0.10 | $350.00 | $35.00 |
| Service | JAC | 09/28/2022 | Review Schedules and SOFA drafted by Alex | 0.20 | $350.00 | $70.00 |
| Service | JAC | 09/28/2022 | Add exemptions for A/B, provide treatment for debts on D | 0.10 | $350.00 | $35.00 |
| Service | AL  | 09/29/2022 | Prepared email to debtor with list of information needed to prepare case. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 10/03/2022 | started updating, paystubs for Sept are from last year. Need this year's paystubs | 0.10 | $350.00 | $35.00 |
| Service | JAC | 10/06/2022 | Update MT with Sept pay, calculate plan pmt, prepare schedules I & J | 0.20 | $350.00 | $70.00 |
| Service | JAC | 10/06/2022 | Draft and send email to debtor with bankruptcy options | 0.20 | $350.00 | $70.00 |
| Service | AL  | 10/06/2022 | Reviewed email from debtor on filing decision. | 0.10 | $150.00 | $15.00 |

| Service | JAC | 10/11/2022 | Review email memo from GM re: rescheduling appointment | 0.10 | $350.00 | $35.00 |
|---------|-----|------------|--------------------------------------------------------|------|---------|--------|
| Service | JAC | 10/11/2022 | Prepare chapter 13 plan for signing | 0.10 | $350.00 | $35.00 |
| Service | AL | 10/12/2022 | Prepared documents for signing. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 10/12/2022 | Prepare for signing appointment - review through petition, schedules, review date CCC completed. | 0.20 | $350.00 | $70.00 |
| Service | JAC | 10/12/2022 | Telephone conference with debtor to review through bankruptcy petition, schedules and plan. | 0.40 | $350.00 | $140.00 |
| Service | AL | 10/12/2022 | Prepared email to debtor with bk docs to review. | 0.10 | $150.00 | $15.00 |
| Service | AL | 10/12/2022 | Prepared final case documents to file case with court. | 0.10 | $150.00 | $15.00 |
| Service | AL | 10/12/2022 | Filed case documents with court. | 0.10 | $150.00 | $15.00 |
| Service | AL | 10/12/2022 | Prepared email to debtor with case number and additional information. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 10/12/2022 | Review and sign schedules | 0.10 | $350.00 | $35.00 |
| Service | AL | 10/13/2022 | Prepared Notice of Appearance | 0.20 | $150.00 | $30.00 |
| Service | AL | 10/13/2022 | Filed Notice of Appearance with the court | 0.10 | $150.00 | $15.00 |
| Service | AL | 10/13/2022 | Prepared text message to debtor notifying of meeting of creditors date/time. | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/13/2022 | Review: Proof of Claim 22-51170-KMS Badcock | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/14/2022 | Review: Proof of Claim 22-51170-KMS 1st Heritage | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/14/2022 | Review: 22-51170-KMS Order Upon Employer Directing Deductions from Pay | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/17/2022 | Review: Proof of Claim 22-51170-KMS Cashnet | 0.10 | $350.00 | $35.00 |

| Service | AL | 10/17/2022 | Prepared notice of plan and researched authorized agent for creditor in 3.2 of plan. | 0.20 | $150.00 | $30.00 |
|---------|-----|------------|-------------------------------------------------------------------------------------|------|---------|--------|
| Service | AL | 10/17/2022 | Prepared letter to payroll/creditor to stop garnishment | 0.10 | $150.00 | $15.00 |
| Expense | AL | 10/17/2022 | Reimbursable expenses: ARNISSA LACHELL HOLLOWAY, 22-51170 Certificate of Service Total Expense: $34.98 | 1.00 | $34.98 | $34.98 |
| Service | AL | 10/17/2022 | Filed notice of chapter 13 plan with the court. | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/17/2022 | Review: Proof of Claim 22-51170-KMS Correct Care | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/17/2022 | Review, research and respond to email from Community bank | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/17/2022 | Review: Proof of Claim 22-51170-KMS incomplete mortgage POC | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/17/2022 | Review and sign letters to Tower and MDOC | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/18/2022 | Review: Mortgage Proof of Claim 22-51170-KMS | 0.30 | $350.00 | $105.00 |
| Service | TR | 10/18/2022 | Review: 22-51170-KMS Updated Claim #5 for Creditor Community Bank | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/18/2022 | Attempted Telephone Conference to discuss Community Bank Collateral - left vm | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/19/2022 | Review: Proof of Claim 22-51170-KMS Alabama Dept of Ed | 0.20 | $350.00 | $70.00 |
| Service | AL | 10/19/2022 | Prepared fax to debtors employer with letter to stop garnishment. | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/19/2022 | Telephone conference w/ Δ re: Community Collateral - email instructions to KR on how to proceed | 0.30 | $350.00 | $105.00 |
| Service | KR | 10/20/2022 | Review email from debtor: Reviewed email from debtor about surrendering the ATV. | 0.10 | $150.00 | $15.00 |

Invoice # 4223 - 12/05/2022

| Service | JAC | 10/20/2022 | Review filed claims, Amend Sched B to add ATV | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|---|
| Service | KR | 10/24/2022 | Contact Debtor: Telephone conference with Tower Loan about the garnishment. Telephone conference with debtor about the payroll address to release the garnishment. | 0.20 | $150.00 | $30.00 |
| Service | KR | 10/25/2022 | Review email from debtor: Reviewed email from debtor with the address for her employer. Telephone conference with tower loan about the contact info. | 0.10 | $150.00 | $15.00 |
| Service | KR | 10/25/2022 | Contact Debtor: Telephone conference with debtor about the correct contact number for her employer. Telephone conference with Tower Loan giving correct number to release her garnishment in time. | 0.20 | $150.00 | $30.00 |
| Service | TR | 10/25/2022 | Review: 22-51170-KMS Notice of Appearance | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/25/2022 | Review: Proof of Claim 22-51170-KMS Arthur E Wood | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2022 | Review: Proof of Claim 22-51170-KMS US Dept of Ed | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/25/2022 | Review: Fwd: Proof of Claim 22-51170-KMS Wayne General Hospital | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/26/2022 | Review email from Robert Byrd contain proposed M to approve relief from stay and proposed order. sign proposed order via email. - | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/27/2022 | Review email from Robert Byrd re: proposed agreed MFR | 0.10 | $350.00 | $35.00 |
| Service. | KR | 11/01/2022 | Review email from Attorney: Reviewed memo from TR re:Insurance docs | 0.10 | $150.00 | $15.00 email |
| Service | JAC | 11/01/2022 | File - Amend Sch B | 0.10 | $350.00 | $35.00 |
| Service | KR | 11/01/2022 | Contact Debtor: Called debtor about insurance lapse and proof of insurance left message, drafted text and email. | 0.20 | $150.00 | $30.00 |

| Service | KR | 11/01/2022 | Review email from debtor: Reviewed email from debtor about insurance. Drafted email requesting information. | 0.10 | $150.00 | $15.00 |
|---------|-----|------------|---|------|---------|---------|
| Service | KR | 11/08/2022 | Contact Debtor: Called debtor left message drafted email and text requesting the insurance documents. | 0.10 | $150.00 | $15.00 |
| Service | TR | 11/09/2022 | Review: Proof of Claim 22-51170-KMS 1st Franklin Financial Corporation | 0.30 | $350.00 | $105.00 |
| Service | JAC | 11/10/2022 | File CPA | 0.20 | $350.00 | $70.00 |
| Service | JAC | 11/15/2022 | Text message to debtor re: reminder of 341 tomorrow & call-in number | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/16/2022 | prepare for and attend 341 meeting | 0.40 | $350.00 | $140.00 |
| Service | TR | 11/21/2022 | Review: 22-51170-KMS Approve Agreement Re: 4001(d) | 0.20 | $350.00 | $70.00 |
| Service | KR | 11/21/2022 | Telephone conference with debtor about the insurance she just got from Farm Bureau insurance last week. | 0.20 | $150.00 | $30.00 |
| Service | TR | 11/22/2022 | Review: Proof of Claim 22-51170-KMS LVNV Funding, LLC | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/22/2022 | Review: Proof of Claim 22-51170-KMS LVNV Funding, LLC | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/23/2022 | Review: 22-51170-KMS Trustee's Objection to Confirmation of Plan | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/28/2022 | Review: 22-51170-KMS Order on Motion for Approval of an Agreement Re: 4001(d) | 0.10 | $350.00 | $35.00 |
| Service | KR | 11/28/2022 | Contact Debtor: Drafted email and text to debtor about the insurance documents she was suppose to email me. | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/29/2022 | Telephone conference with debtor about the insurance from Farm Bureau we are needing proof of. | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/29/2022 | Contact Debtor: Telephone conference with debtor and community bank about the repo of the 4 wheeler | 0.20 | $150.00 | $30.00 |
| Service | TR | 12/02/2022 | Review and Revise itemizations | 0.20 | $350.00 | $70.00 |

Invoice # 4223 - 12/05/2022

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.6 | $350.00 | $910.00 |
| Thomas Rollins | | Attorney | 4.7 | $350.00 | $1,645.00 |
| Alex Lewis | | Non-Attorney | 3.5 | $150.00 | $525.00 |
| Kerri Rodabough | | Non-Attorney | 1.7 | $150.00 | $255.00 |
| | | | | **Total** | **$3,369.98** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4223 | 01/04/2023 | $3,369.98 | $0.00 | $3,369.98 |
| | | | **Outstanding Balance** | **$3,369.98** |
| | | | **Total Amount Outstanding** | **$3,369.98** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 4616
Date: 04/05/2023
Due On: 05/05/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Arnissa Lachell Holloway
23 Sand Bed Loop
State line, MS 39362

### 04553-Holloway Arnissa Lachell

## Ch 13 - Arnissa Hourly

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JAC | 12/05/2022 | Draft Fee Application | 0.40 | $350.00 | $140.00 |
| Expense | YM | 12/05/2022 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $39.76 | $39.76 |
| Service | KR | 12/05/2022 | Contact Debtor: Drafted email to debtor about the insurance document that we are needing. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/06/2022 | Review file and telephone conference w/ Δ re: Objection to Confirmation | 0.20 | $350.00 | $70.00 |
| Service | TR | 12/06/2022 | Draft email to TT re Obj to Confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/06/2022 | Review and respond to email from David Rawlings re: Obj to Conf | 0.30 | $350.00 | $105.00 |
| Service | TR | 12/06/2022 | Review and respond to email from TT re: Obj to Confirmation | 0.10 | $350.00 | $35.00 |
| Service | KR | 12/07/2022 | Review email from debtor: Reviewed email from debtor stating she has insurance now. Drafted email to debtor requesting a copy. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/07/2022 | Review and respond to email from TT on Obj to Confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/07/2022 | Review email from TT re Obj to Confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/13/2022 | Review: Proof of Claim 22-51170-KMS Merchant Adjustment Se | 0.10 | $350.00 | $35.00 |

| Service | KR | 12/13/2022 | Contact Debtor: Called debtor left message and drafted email about the insurance document still needed since she stated she has insurance now. | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | TR | 12/16/2022 | Review: Proof of Claim 22-51170-KMS Ashley Funding Services, LLC | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/16/2022 | Review: 22-51170-KMS Objection to Professional Fees | 0.20 | $0.00 | $0.00 |
| Service | TR | 12/19/2022 | Review: 22-51170-KMS Hearing Set - Bankruptcy | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/19/2022 | Contact Debtor: Called left message and drafted email about the proof of Insurance we are needing | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/19/2022 | Review: 22-51170-KMS Minute Entry (CHAP) | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/19/2022 | Review: 22-51170-KMS Order Setting, Resetting, or Continuing a Hearing | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/19/2022 | Review: Proof of Claim 22-51170-KMS Jefferson Capital Systems LLC | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/21/2022 | Review: Proof of Claim 22-51170-KMS Gulfco of Mississippi, LLC POC 17 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/21/2022 | Review: Proof of Claim 22-51170-KMS Gulfco of Mississippi, LLC POC 18 | 0.10 | $350.00 | $35.00 |
| Service | JC | 12/21/2022 | Contact Debtor: Called debtor and left voicemail regarding her providing proof of Insurance | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/22/2022 | Contact Debtor: Drafted email about the insurance document still needed | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/23/2022 | Review email from debtor: Reviewed email from debtor about faxing the insurance document needed. Drafted email to debtor letting her know I have not received it and to re-fax. | 0.10 | $150.00 | $15.00 |
| Service | JC | 12/27/2022 | Telephone call from debtor inquiring about Order Resetting Hearing she received in the mail; also asked for our address to send her proof of insurance | 0.10 | $150.00 | $15.00 |
| Service | PL | 01/02/2023 | Drafted 2nd CC letter to client -pl | 0.10 | $100.00 | $10.00 |
| Service | TR | 01/03/2023 | Review: 22-51170-KMS Notice of Requirement to Complete Course in Financial Management (ADI) | 0.20 | $350.00 | $70.00 |
| Service | KR | 01/03/2023 | Contact Debtor: Called debtor back after | 0.10 | $150.00 | $15.00 |

| | | | receiving message about the hearing she has coming up left message | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/04/2023 | Secured Claim Report | 0.20 | $350.00 | $70.00 |
| Service | KR | 01/04/2023 | Contact Debtor: Called debtor back about the Objection to Confirmation hearing coming up left message and drafted text. | 0.10 | $150.00 | $15.00 |
| Service | KR | 01/09/2023 | Contact Debtor: Called debtor and left message about the insurance document we are needing | 0.10 | $150.00 | $15.00 |
| Service | TR | 01/10/2023 | Review: 22-51170-KMS Order on Application for Compensation Document #32 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/10/2023 | Drafted email to TT re: settlement of hearing on obj to conf | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/11/2023 | Reviewed email and attachments received by email from TT re: settlement of Obj to Conf | 0.20 | $350.00 | $70.00 |
| Service | KR | 01/11/2023 | Contact Debtor: Called debtor back about the Objection to Confirmation hearing coming up left message and drafted text returning her call | 0.10 | $150.00 | $15.00 |
| Service | KR | 01/16/2023 | Contact Debtor: Called debtor and left message about the insurance document we are needing | 0.10 | $150.00 | $15.00 |
| Service | KR | 01/16/2023 | Contact Debtor: Telephone conference with debtor about the reset hearing. She received the notice in the mail and wondered if she had to attend. Explained to her if she needs to attend we will let her know. | 0.10 | $150.00 | $15.00 |
| Service | KR | 01/16/2023 | Contact Debtor: Telephone conference with debtor about the insurance for her home. | 0.10 | $150.00 | $15.00 |
| Service | TR | 01/17/2023 | Review email from TT re: obj to conf | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/23/2023 | Review: 22-51170-KMS Minute Entry (CHAP) Document# 34 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/02/2023 | Review and sign proposed order from TT via email on TT objection | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/03/2023 | Review: 22-51170-KMS Order on Objection to Confirmation Document #35 | 0.10 | $350.00 | $35.00 |

Invoice # 4616 - 04/05/2023

| Service | TR | 02/06/2023 | Review and sign Order Confirming Plan via email | 0.10 | $350.00 | $35.00 |
|---|---|---|---|---|---|---|
| Service | TR | 02/07/2023 | Review: 22-51170-KMS Order Confirming Chapter 13 Plan Document #37 | 0.10 | $350.00 | $35.00 |
| Service | KR | 02/15/2023 | Contact Debtor: Called debtor left message; drafted text and email to debtor about the documents needed for supplemental i/j | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/16/2023 | Contact Debtor: Reviewed text from debtor with a screen shot from her mortgage company stating she does not owe anything and her last paymentCalled debtor left message; drafted text and email with the updated expense sheet to debtor about the documents needed for supplemental i/j | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/20/2023 | Contact Debtor: Called debtor left message and drafted text about the updated expenses and pay stubs still needing for the supplemental i/j | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/22/2023 | Contact Debtor: Called debtor left message; drafted email and text about the updated expense sheet and pay still needed for supplemental i/j | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/23/2023 | Contact Debtor: Reviewed text stating that she was going to get the documents needed to us for the supplemental i/j. Called debtor left message and drafted text to let her know to use the same email address the expense sheet was from to send the paystubs to. | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/27/2023 | Contact Debtor: Called debtor left message and drafted text about the paystubs and expense sheet we are needing for the supplemental i/j | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/01/2023 | Review: 22-51170-KMS Motion to Increase/ Decrease Payment Into Plan Document# 40 | 0.20 | $350.00 | $70.00 |
| Service | KR | 03/01/2023 | Contact Debtor: Called debtor left message and drafted text about the paystubs and expense sheet we are needing for the supplemental i/j | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/02/2023 | Review and organize documents provided by debtor: Reviewed and organized updated expenses and pay to analyze for I/J and modify plan | 0.20 | $150.00 | $30.00 |
| Service | JAC | 03/07/2023 | Analyze I/J and Modify Plan | 0.50 | $350.00 | $175.00 |

| Service | KR | 03/09/2023 | Drafted Supplemental I/J from Best Case. Drafted email to debtor for her sign | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | KR | 03/13/2023 | Review email from debtor: Reviewed email from debtor about needing another vehicle since she was in an accident. Telephone conference with debtor about her accident on 2/28. She was driving her dad's Chrysler and had a blowout which caused her to lose control. She ended up in a pond and the car sank into the water. She does not have a car in her plan. Explained the process of incurring debt. | 0.20 | $150.00 | $30.00 |
| Service | KR | 03/13/2023 | Reviewed signed supplemental I/J document. Drafted signed supplemental I/J in the portal. Uploaded and filed with the court | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/14/2023 | Review email from debtor: Reviewed email from debtor with 2 new paystubs from her new part time job to analyze to incur debt | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/15/2023 | Review email from debtor: Reviewed email from debtor about wanting an update on purchasing another vehicle. Drafted email to debtor letting her know that the attorney is still reviewing to see if we can show she can incur debt and will let her know once I hear something back | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/15/2023 | Draft M to Modify Plan | 0.40 | $350.00 | $140.00 |
| Expense | YM | 03/16/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $31.02 | $31.02 |
| Service | TR | 03/16/2023 | Review Certificate of Service from noticing center - add to Motion and file w/ court | 0.10 | $350.00 | $35.00 |
| Service | JAC | 03/17/2023 | Analyze to Incur Debt | 0.20 | $350.00 | $70.00 |
| Service | TR | 03/17/2023 | Review: 22-51170-KMS Response Document# 44 | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/22/2023 | Contact Debtor: Called debtor left message and sent text to call me back to review incurring debt and limitations | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/22/2023 | Contact Debtor: Telephone conference with debtor about incurring debt to purchase another vehicle and the court limitations ▮▮▮▮▮▮▮▮▮▮▮ She understands and will let me know if | 0.20 | $150.00 | $30.00 |

| | | | she wants to move forward this | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/27/2023 | Contact Debtor: Telephone conference with debtor about incurring debt. She has decided not to go through with it right now. | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/05/2023 | Review and Revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.3 | $350.00 | $455.00 |
| Thomas Rollins | | Attorney | 3.7 | $350.00 | $1,295.00 |
| Thomas Rollins | | Attorney | 0.4 | $0.00 | $0.00 |
| Jacki Curry | | Non-Attorney | 0.2 | $150.00 | $30.00 |
| Porcia Lewis | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 3.2 | $150.00 | $480.00 |
| | | | | **Total** | **$2,340.78** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4223 | 01/04/2023 | $3,369.98 | $860.27 | $2,509.71 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4616 | 05/05/2023 | $2,340.78 | $0.00 | $2,340.78 |
| | | | **Outstanding Balance** | **$4,850.49** |
| | | | **Total Amount Outstanding** | **$4,850.49** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5147
Date: 08/08/2023
Due On: 09/07/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Arnissa Lachell Holloway
23 Sand Bed Loop
State line, MS 39362

## 04553-Holloway Arnissa Lachell

## Ch 13 - Arnissa Hourly

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 04/05/2023 | Draft App Comp | 0.30 | $350.00 | $105.00 |
| Expense | KC | 04/05/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $49.30 | $49.30 |
| Service | TR | 04/26/2023 | Review: 22-51170-KMS Hearing Set - Bankruptcy Document# 49 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Review: 22-51170-KMS Hearing Set - Bankruptcy Document# 48 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Drafted Proposed AO on M Modify and M Increase | 0.30 | $350.00 | $105.00 |
| Service | TR | 05/03/2023 | Review sign and upload proposed AO on 2 Motions set for hearing | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/04/2023 | Review: 22-51170-KMS Order on Application for Compensation Document #52 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/04/2023 | Review: 22-51170-KMS Increase/Decrease Plan Payment Document# 53 | 0.10 | $350.00 | $35.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|--|-------------|----------|----------|------|-------|
| | Thomas Rollins | Attorney | 1.1 | $350.00 | $385.00 |
| | | | | **Total** | **$434.30** |

Invoice # 5147 - 08/08/2023

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4223 | 01/04/2023 | $3,369.98 | $860.27 | $2,509.71 |
| 4616 | 05/05/2023 | $2,340.78 | $0.00 | $2,340.78 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5147 | 09/07/2023 | $434.30 | $0.00 | $434.30 |
| | | | **Outstanding Balance** | **$5,284.79** |
| | | | **Total Amount Outstanding** | **$5,284.79** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5691
Date: 12/07/2023
Due On: 01/06/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Arnissa Lachell Holloway
23 Sand Bed Loop
State line, MS 39362

## 04553-Holloway Arnissa Lachell

## Ch 13 - Arnissa Hourly

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 08/08/2023 | Draft 3rd Fee App | 0.20 | $350.00 | $70.00 |
| Service | TR | 08/09/2023 | Review: 22-51170-KMS Order on Application for Compensation Document #57 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/03/2023 | Review: 22-51170-KMS Notice of Mortgage Payment Change Document# doc | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/04/2023 | Review: 22-51170-KMS Hearing Set - Bankruptcy Document# 60 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/05/2023 | Review: 22-51170-KMS Motion to Determine Validity of Payment Change Document# 59 | 0.10 | $350.00 | $35.00 |
| Service | BI | 10/19/2023 | Contact Debtor: Phone conference with debtor asking why her mortgage increased. Found she is kr debtor and drafted message to kr to see if available. Transferred call to kr. | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/19/2023 | Contact Debtor: Telephone conference with debtor wanting to know why her mortgage increased; reviewed court documents and explained that it was due to her insurance premiums and taxes increasing | 0.10 | $150.00 | $15.00 |
| Service | TR | 11/10/2023 | Review: 22-51170-KMS Minute Entry (CHAP) Document# 62 | 0.10 | $350.00 | $35.00 |
| Service | BI | 11/29/2023 | Contact Debtor: Phone conference with | 0.10 | $0.00 | $0.00 |

Invoice # 5691 - 12/07/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor asking for kr. Transferred call to kr. | | | |
| Service | KR | 11/29/2023 | Contact Debtor: Telephone conference with debtor; she has a new job; works for Mobile Infirmary; she is paid weekly; she will get the payroll address and email it to me; she also needed the Trustee information to send in her payment until the garnishment starts; drafted email to debtor with the Trustee's address | 0.20 | $150.00 | $30.00 |
| Service | KR | 12/05/2023 | Review email from debtor: Reviewed message from debtor stating she does not have the payroll department's address for her new employer | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/06/2023 | Review: 22-51170-KMS Amended Order Upon Employer Directing Deductions from Pay Document #65 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/07/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.9 | $350.00 | $315.00 |
| Brooke Ingram | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.4 | $150.00 | $60.00 |
| | | | **Total** | **$375.00** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4223 | 01/04/2023 | $3,369.98 | $0.00 | $3,369.98 |
| 4616 | 05/05/2023 | $2,340.78 | $0.00 | $2,340.78 |
| 5147 | 09/07/2023 | $434.30 | $0.00 | $434.30 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5691 | 01/06/2024 | $375.00 | $0.00 | $375.00 |

Invoice # 5691 - 12/07/2023

|  |  |
|---|---|
| **Outstanding Balance** | **$6,520.06** |
| **Total Amount Outstanding** | **$6,520.06** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6217
Date: 04/08/2024
Due On: 05/08/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Arnissa Lachell Holloway
23 Sand Bed Loop
State line, MS 39362

## 04553-Holloway Arnissa Lachell

## Ch 13 - Arnissa Hourly

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 12/07/2023 | Draft 4th fee application and proposed order | 0.20 | $350.00 | $70.00 |
| Service | KR | 12/07/2023 | Prepared the Fourth Application for Compensation, the proposed order and the Invoice for upload to the court | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/08/2023 | Review: 22-51170-KMS Order on Application for Compensation Document #67 | 0.10 | $350.00 | $35.00 |
| Service | KR | 12/11/2023 | Contact Debtor (Text/Email): Reviewed message from debtor stating she has sent the employer information; drafted email and text requesting her to resend since I never received it. | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/13/2023 | Contact Debtor (Text/Email): Called debtor left message; drafted email and text about the new employer information needed for the wage order that she was supposed to send | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/14/2023 | Review email from debtor: Reviewed email from debtor with the new employer information for the wage order | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/14/2023 | Contact Debtor (Text/Email): Review the Trustee's website for the case administrator; drafted email to Darlene at the Trustee's office with the new employer information for the wage order | 0.10 | $150.00 | $15.00 |

Invoice # 6217 - 04/08/2024

| Service | KR | 12/14/2023 | Contact Debtor (Text/Email): Reviewed email from Darlene at the Trustee's office stating that the wage order was filed this morning; drafted email to debtor letting her know that the wage order was filed this morning and to send in any payments directly to the Trustee until the wage order is in effect | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | KR | 01/03/2024 | Review email from debtor: Reviewed email from debtor asking if her payments are being received from her employer; reviewed the Trustee's website and they have not received any payments from her new employer; last payment was received on 11/21; drafted email to debtor informing her to keep an eye on her paystubs for the wage deduction and to make payments directly to the Trustee so she does not get to far behind; she needs to contact her payroll department at her new employer if they are taking it out since the wage order was uploaded on 12/15 | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/06/2024 | Review email from debtor: Reviewed email from debtor about a letter she received in the mail stating that she owed the amount of $3,087.02; telephone conference with debtor; reviewed the Trustee's website the amount that is owed is $2,313.01 through the end of January; her employer will be sending another payment and she will also be sending in a payment before mid-late February hopefully; explained the process if a Motion to Dismiss is filed | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/12/2024 | Review: 22-51170-KMS Notice of Mortgage Payment Change Document# doc | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/27/2024 | Review: 22-51170-KMS Motion to Determine Validity of Payment Change Document# 74 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/27/2024 | Review: 22-51170-KMS Hearing Set - Bankruptcy Document# 75 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/29/2024 | Review: 22-51170-KMS Minute Entry (CHAP) Document# 77 | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.4 | $360.00 | $144.00 |
| Thomas Rollins | Attorney | 0.3 | $350.00 | $105.00 |
| Kerri Rodabough | Non-Attorney | 0.3 | $155.00 | $46.50 |

| Kerri Rodabough | Non-Attorney | 0.6 | $150.00 | $90.00 |
|---|---|---|---|---|
| | | | **Total** | **$385.50** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4223 | 01/04/2023 | $3,369.98 | $0.00 | $3,369.98 |
| 4616 | 05/05/2023 | $2,340.78 | $0.00 | $2,340.78 |
| 5147 | 09/07/2023 | $434.30 | $0.00 | $434.30 |
| 5691 | 01/06/2024 | $375.00 | $0.00 | $375.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6217 | 05/08/2024 | $385.50 | $0.00 | $385.50 |
| | | | **Outstanding Balance** | **$6,905.56** |
| | | | **Total Amount Outstanding** | **$6,905.56** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6771
Date: 08/09/2024
Due On: 09/08/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Arnissa Lachell Holloway
23 Sand Bed Loop
State line, MS 39362

## 04553-Holloway Arnissa Lachell

## Ch 13 - Arnissa Hourly

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 04/08/2024 | Draft fee application and proposed order | 0.20 | $360.00 | $72.00 |
| Service | KR | 04/08/2024 | Reviewed and prepared the fifth application for compensation, invoice and the proposed order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/08/2024 | Review: 22-51170-KMS Order on Application for Compensation Document #79 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 04/30/2024 | Incoming Call: Debtor left a vm requesting a call back from KR; drafted memo to KR to call back | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/30/2024 | Call Debtor: Reviewed message from debtor requesting a call back; called debtor left message; drafted text requesting a call back to go over any issues or questions that she had. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/30/2024 | Call Debtor: Telephone conference with debtor she is getting a new contract; she will get me the employer information as soon as she can for the wage order; she is needing the information for the Trustee to mail her payments; drafted email to debtor with the Trustee information so she can make the direct payments until the wage order starts | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/10/2024 | Draft Letter - TT M Dismiss filed | 0.10 | $155.00 | $15.50 |

Invoice # 6771 - 08/09/2024

| Service | JAC | 07/10/2024 | Review: 22-51170-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 83 | 0.10 | $360.00 | $36.00 |
|---------|-----|------------|---|------|---------|--------|
| Service | KR | 07/12/2024 | Call Debtor: Reviewed Motion to Dismiss filed by the Trustee for the amount of the delinquency; reviewed the Trustee's website for the last payment; called debtor left message and text about the Motion to Dismiss | 0.20 | $155.00 | $31.00 |
| Service | KAR | 07/12/2024 | Incoming Call: Debtor called requesting to speak with KR; drafted memo to KR to call back | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/12/2024 | Incoming Call: Telephone conference with debtor about the Motion to Dismiss and the amount of the delinquency; stated that the contract with her previous employer was cancelled; she has not worked since May 13th; she starts a job with the State of MS July 28; she will call me back once she has employer information; she can send a small payment of $350 of Monday and some additional payments throughout the week; | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/19/2024 | Review email from debtor: Reviewed email from debtor stating she will email me the copy of the payment she mailed toward the delinquency | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/22/2024 | Review email from debtor: Reviewed email from debtor stating that she will email the proof of payments today | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/23/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the proof of payments she stated that she was emailing me | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/25/2024 | Contact Debtor (Text/Email): Drafted email requesting the proof of payments for the payment towards the delinquency since a motion to dismiss has been filed | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/29/2024 | Call Debtor: Called debtor left message; drafted email and text requesting the proof of payments and the new employer information for a new wage order since the Trustee had filed the Motion to Dismiss for non payment | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/29/2024 | Draft Notice, Motion & Order: Drafted Notice, Motion and Order to Suspend payments since her mortgage was included in her plan and there was a Motion to Dismiss that was filed; drafted email memo to TR re:review Motion to Suspend | 0.20 | $155.00 | $31.00 |

| Service | KR | 07/29/2024 | Drafted response per the Motion to Dismiss; drafted email memo to TR re: review response | 0.10 | $155.00 | $15.50 |
|---------|----|-----------|-------------------------------------------------------------------------------|------|---------|--------|
| Service | TR | 07/29/2024 | Review and approve M Suspend and Response drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/30/2024 | Review email from Attorney: Reviewed email memo from TR re: Motion to Suspend; prepared the Motion and the 30 day Notice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/30/2024 | Review email from Attorney: Reviewed email memo fro TR re: response per the Motion to Dismiss; prepared the response for upload to the court | 0.10 | $155.00 | $15.50 |
| Expense | BB | 07/30/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $28.38 | $28.38 |
| Service | KR | 07/30/2024 | Received and reviewed Declaration of Mailing from Certificate of Service; prepared the Motion to Allow Payment Arrearages, the Proposed Order and the 30 day Notice for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/30/2024 | Call Debtor: Called debtor left message; drafted text requesting proof of payment and new employer information for the wage order since we just filed a response per a motion to dismiss filed by the Trustee | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/31/2024 | Review and sign proposed AO via email | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/01/2024 | Call Debtor: Called debtor left message; drafted email and text requesting the new employer information for the new wage order and the proof of the payment she made towards the delinquency since we filed a response per the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/01/2024 | Review email from debtor: Reviewed email from debtor with the name of her employer; drafted email to debtor requesting how often she is paid and the payroll address; along with the proof of payment she made towards the delinquency. | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/02/2024 | Review: 22-51170-KMS Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 87 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/05/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the employer's payroll address. | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/06/2024 | Call Debtor: Called debtor left message; | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | drafted email and text requesting the employer information and the proof of payment | | | |
| Service | TR | 08/07/2024 | Review: 22-51170-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 89 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/08/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/08/2024 | Call Debtor: Called debtor left message; drafted email and text about the employer information needed along with the proof of payments she may have made | 0.10 | $155.00 | $15.50 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.1 | $360.00 | $36.00 |
| Jennifer Curry Calvillo | Attorney | 0.1 | $155.00 | $15.50 |
| Thomas Rollins | Attorney | 0.8 | $360.00 | $288.00 |
| Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 2.6 | $155.00 | $403.00 |
| | | | **Total** | **$790.88** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4223 | 01/04/2023 | $3,369.98 | $0.00 | $3,369.98 |
| 4616 | 05/05/2023 | $2,340.78 | $0.00 | $2,340.78 |
| 5147 | 09/07/2023 | $434.30 | $0.00 | $434.30 |
| 5691 | 01/06/2024 | $375.00 | $0.00 | $375.00 |
| 6217 | 05/08/2024 | $385.50 | $0.00 | $385.50 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6771 | 09/08/2024 | $790.88 | $0.00 | $790.88 |

| | |
|---|---|
| **Outstanding Balance** | **$7,696.44** |
| **Total Amount Outstanding** | **$7,696.44** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



**INVOICE**

Invoice # 8112
Date: 07/18/2025
Due On: 08/17/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Arnissa Lachell Holloway

### 04553-Holloway Arnissa Lachell

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 08/09/2024 | Draft Fee Application and Proposed Order: Draft and review invoice for expense and attorney fees; reviewed court docket for previous order; drafted 6th Application for Compensation and Proposed Order; drafted email memo to TR re: review 6th Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/12/2024 | Review email from debtor: Reviewed message from debtor with her new employer address; reviewed Trustee's website for case administrator; drafted email to the case administrator at the Trustee's office with the new employer's address | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/12/2024 | Review and approve feea application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/12/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation with the Declaration of Mailing attached, the invoice and the Proposed Order for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/14/2024 | Reviewed email from the Trustee's office stating they requested the new wage order this morning; created task to watch for wage order to be uploaded to provide a copy to the | 0.10 | $155.00 | $15.50 |

|  |  |  | debtor |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 08/15/2024 | Review: 22-51170-KMS Order Upon Employer Directing Deductions from Pay Document# 94 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/15/2024 | Contact Debtor (Text/Email): Reviewed court docket for the new wage order; drafted email to debtor providing her a copy of the wage order and explained she will need to send in payment directly to the Trustee until the garnishment starts so there are no issues | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/28/2024 | Reviewed Trustee's website for wage order payments; nothing received since April; created task for legal assistant to follow up on wage order payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/29/2024 | Call Debtor: Reviewed email from debtor requesting a call; telephone conference with debtor about a legal issue she would like the attorney's advice on; she will be emailing the communication she received | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/29/2024 | Review email from debtor: Reviewed email from debtor with the letter she received; drafted email memo to TR re: Workman's Comp Letter. | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/30/2024 | Review and respond to letter client recieved re: liability for workers comp injury at her house | 0.20 | $360.00 | $72.00 |
| Service | KR | 09/03/2024 | Review email from Attorney: Reviewed email memo from TR re: Workman's comp letter; telephone conference with debtor informing her if she wanted to have this debt included in her bankruptcy she can always dismiss her case and refile | 0.10 | $155.00 | $15.50 |
| Service | VM | 09/05/2024 | Call Debtor: Reviewed National Data Center to determine if wage order has started for debtor, it had not so I called debtor to see what was going on she notified me that she will call and see. Asked for me to send wage order, drafted email and sent. | 0.20 | $100.00 | $20.00 |
| Service | VM | 09/30/2024 | Call Debtor: Phone conference with debtor to determine if wage order has started, she informed me it has. Waiting on trustee website to update. | 0.10 | $100.00 | $10.00 |

Invoice # 8112 - 07/18/2025

| Service | JAC | 02/20/2025 | Review: 22-51170-KMS Notice of Mortgage Payment Change Document# 100 | 0.10 | $360.00 | $36.00 |
|---------|-----|------------|------|------|---------|--------|
| Service | JAC | 02/24/2025 | Review: 22-51170-KMS Docket Entry #100 has been updated Document# 100 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/26/2025 | Review: 22-51170-KMS Motion to Determine Validity of Payment Change Document# 101 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/27/2025 | Review: 22-51170-KMS Hearing Set - Bankruptcy Document# 102 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/08/2025 | Call Debtor: Telephone conference with debtor about a noetice she received a in the mail from the courts and was unsure of what it was; reviewed court docket; reviewed the Motion to Determine Validity of Payment Change that was filed by the Trustee; explained the increased payment that was submitted by the mortgage company; debtor stated that she has insurance already with State Farm; she is going to submit. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/10/2025 | Review: 22-51170-KMS Notice of Default or Notice of Noncompliance Document# 104 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/10/2025 | Call Debtor: Reviewed court docket for the Notice of Default; called debtor left message; drafted email to debtor informing her of the delinquency and explained if the payments are not current the case will be dismissed. | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/10/2025 | Incoming Call: Phone conference with debtor returning a missed call; informed KR was assisting another client and would call her back when she had the opportunity. | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/10/2025 | Call Debtor: Telephone conference with debtor stated she could only send in 501 a week; does not have the full amount of the delinquency; stated she would like to save her case but if not she would refile; reviewed payments on the Trustee's website to explain how she got behind; informed debtor I will reach out to the attorney to see if there are any options | 0.30 | $155.00 | $46.50 |
| Service | KR | 04/10/2025 | Reviewed court docket for the Order | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | on the Motion to Dismiss and the Notice of Default; drafted internal message to TR re: Notice of Default options | | | |
| Service | TR | 04/10/2025 | Review and respond to memo from KR re: Notice of Default | 0.20 | $360.00 | $72.00 |
| Service | KR | 04/10/2025 | Reviewed internal message from TR re: delinquency; called debtor left message; and drafted email to debtor to go over the option of either letting her case be dismissed or filing a Motion to Cure | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/10/2025 | Drafted Motion to Suspend (Cure), Notice and the Proposed Order; drafted internal message to TR re: review Motion to Suspend | 0.20 | $155.00 | $31.00 |
| Service | TR | 04/15/2025 | Review and approve motion to cure drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/15/2025 | Reviewed internal message from TR re: review Motion to Allow Payment Arrearages; prepared the Notice and the Motion for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/16/2025 | Received and reviewed the Declaration of Mailing from Certificate of Mailing; prepared the Motion to Allow Payment Arrearages, the Proposed Order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/16/2025 | Review: 22-51170-KMS Minute Entry (CHAP) Document# 105 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/24/2025 | Review: 22-51170-KMS Order on Motion to Determine Validity of Payment Change Document# 108 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/28/2025 | Review: 22-51170-KMS Amended Order Document# 110 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/29/2025 | Review email from debtor: Reviewed email from debtor requesting the address for the trustee for her plan payments; drafted email to debtor providing the address | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/30/2025 | Contact Debtor (Text/Email): Review: 22-51170-KMS Amended Order drafted email to debtor with order. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/19/2025 | Call Debtor: Reviewed email from | 0.10 | $155.00 | $15.50 |

Invoice # 8112 - 07/18/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor requesting a call back; telephone conference with debtor about the Motion to Allow Payment Arrearages and the delinquency | | | |
| Service | JAC | 05/20/2025 | Review: 22-51170-KMS Order on Motion to Allow Payment Arrearages Document# 112 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/26/2025 | Review: 22-51170-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 114 | 0.10 | $360.00 | $36.00 |
| Service | CO | 05/28/2025 | Contact Debtor (Text/Email): Review: 22-51170-KMS Amended Order Upon Employer Directing Deductions from Pay; Drafted email to debtor with the order. | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/09/2025 | Incoming Call: Phone conference with debtor requesting to speak to KR; Advised KR was unavailable and offered to assist. She wanted to know wether or not her case was dismissed or if she should send in a payment. Reviewed court documents and advised the motion to allow arrearage payments was approved and she should send a payment immediately. Drafted email to debtor with their case number, trustee's address, there most recent wage order and guides to make and track payments online. Drafted email memo to KR. | 0.20 | $100.00 | $20.00 |
| Service | JC | 07/10/2025 | Incoming Call: Telephone call from debtor to inform she is paying her May and June payments on Monday coming and her July payment the next Monday; she said she has the online link and inquired if her case is still active; reviewed TT Rawlings' site to confirm her case is still active. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/17/2025 | Review: 22-51170-KMS Order Dismissing Debtor(s) Document# 116 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/17/2025 | Incoming Call: Telephone conference with debtor about her case being dismissed and an option of maybe refiling if eligible; requested the transaction report; reviewed the Trustee's website for the report; drafted email to debtor with the Trustee's report | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/17/2025 | Incoming Call: Telephone call from | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor informing she did not get the report from KR; drafted text message to debtor providing link to NDC and debtor's case number. | | | |
| Service | JC | 07/18/2025 | Incoming Call: Telephone call from debtor inquiring about refiling. | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/18/2025 | Reviewed court docket for all 6 previous orders and invoices filed; reviewed court docket for the amount of attorney fees paid to date; drafted email to the attorney's office inquiring if additional fees will be paid towards the attorney fees; drafted 1st part of the Application using totals from the 6 previous orders and invoices | 1.00 | $0.00 | $0.00 |
| | | | | **Services Subtotal** | | **$1,198.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/12/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 04/16/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $29.92 | $29.92 |
| | | | **Expenses Subtotal** | | **$34.11** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.1 | $360.00 | $396.00 |
| Thomas Rollins | | Attorney | 0.7 | $360.00 | $252.00 |
| Jacki Curry | | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Vanessa Martinez | | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Clara Ortega | | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Clara Ortega | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | | Non-Attorney | 2.8 | $155.00 | $434.00 |
| Kerri Rodabough | | Non-Attorney | 1.2 | $0.00 | $0.00 |
| | | | **Subtotal** | | **$1,232.61** |
| | | | **Total** | | **$1,232.61** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4223 | 01/04/2023 | $3,369.98 | $0.00 | $3,369.98 |
| 4616 | 05/05/2023 | $2,340.78 | $0.00 | $2,340.78 |
| 5147 | 09/07/2023 | $434.30 | $0.00 | $434.30 |
| 5691 | 01/06/2024 | $375.00 | $0.00 | $375.00 |
| 6217 | 05/08/2024 | $385.50 | $0.00 | $385.50 |
| 6771 | 09/08/2024 | $790.88 | $0.00 | $790.88 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8112 | 08/17/2025 | $1,232.61 | $0.00 | $1,232.61 |

| | | Outstanding Balance | $8,929.05 |
|---|---|---|---|
| | | Total Amount Outstanding | $8,929.05 |