**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Arnissa Lachell Holloway | Case No. 22-51170 |
| , Debtor | CHAPTER 13 |

<u>**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF**</u>
<u>**COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**</u>
<u>**FOR THOMAS C. ROLLINS, JR.**</u>

THIS CAUSE having come on for consideration of the Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #_____] (the "Application") filed herein by counsel for the Debtor, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that a final award of attorney's fees is granted in the total amount of $4,283.46.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533