**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

| | |
|---|---|
| In re:<br><br>ARNISSA LACHELL HOLLOWAY<br><br>Debtor(s) | Case No. 22-51170 KMS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/12/2022.

2) The plan was confirmed on 02/07/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/04/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/09/2024.

5) The case was dismissed on 07/16/2025.

6) Number of months from filing or conversion to last payment: 28.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,611.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $31,886.19 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$31,886.19** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,283.46 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,768.89 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,052.35** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 1ST FRANKLIN FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| 1ST FRANKLIN FINANCIAL CORP | Secured | 15,487.00 | 16,346.20 | 8,028.00 | 1,976.26 | 1,234.57 |
| 1ST FRANKLIN FINANCIAL CORP | Unsecured | NA | 0.00 | 8,318.20 | 0.00 | 0.00 |
| AFFIRM INC. | Unsecured | 1,408.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM INC. | Unsecured | 899.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM INC. | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Alabama Department of Revenue | Unsecured | 700.00 | 651.09 | 135.45 | 0.00 | 0.00 |
| Alabama Department of Revenue | Priority | NA | 0.00 | 515.64 | 0.00 | 0.00 |
| ARTHUR E. WOOD MEDICAL CLINIC | Unsecured | NA | 47.77 | 47.77 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 11.00 | 11.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA N | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 1,719.62 | 2,429.76 | 2,429.76 | 0.00 | 0.00 |
| CENTRAL FINANCIAL SERVICE | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Community Bank | Secured | 1,048.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY BANK OF MISSISSIPPI A | Secured | NA | 31,514.12 | 31,514.12 | 7,757.85 | 3,565.32 |
| COMMUNITY BANK OF MISSISSIPPI A | Secured | NA | 5,517.83 | 14,556.83 | 5,963.15 | 0.00 |
| COMMUNITY BANK OF MISSISSIPPI A | Secured | 35,290.00 | 35,290.12 | 3,776.00 | 3,776.00 | 0.00 |
| CORRECT CARE INC WASHINGTON C | Unsecured | NA | 18.35 | 18.35 | 0.00 | 0.00 |
| CREDIT FRESH | Unsecured | 3,442.00 | NA | NA | 0.00 | 0.00 |
| FIRST HERITAGE CREDIT | Secured | 4,902.00 | 5,222.28 | 2,500.00 | 615.45 | 384.40 |
| FIRST HERITAGE CREDIT | Unsecured | NA | 0.00 | 2,722.28 | 0.00 | 0.00 |
| FRANKLIN COLLECTION | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | NA | 3,481.00 | 3,481.00 | 0.00 | 0.00 |
| LENDING POINT | Unsecured | 2,202.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 654.00 | 707.00 | 707.00 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 446.00 | 503.10 | 503.10 | 0.00 | 0.00 |
| MERCHANT ADJUSTMENT SVC | Unsecured | NA | 1,064.93 | 1,064.93 | 0.00 | 0.00 |
| MERCHANT ADJUSTMENT SVC | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS ADJUSTMENT SERVICE | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,596.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NELNET | Unsecured | 3,955.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 3,329.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,623.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 2,471.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 1,577.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN FINANCIAL SYSTEMS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| TOWER LOAN OF WAYNESBORO | Unsecured | 2,709.00 | 2,989.54 | 2,989.54 | 0.00 | 0.00 |
| TOWER LOAN OF WAYNESBORO | Unsecured | 1,624.00 | 1,835.60 | 1,835.60 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION C/O | Unsecured | NA | 18,553.77 | 18,553.77 | 0.00 | 0.00 |
| W.S. BADCOCK CORPORATION | Secured | 3,399.00 | 3,398.55 | 1,500.00 | 336.98 | 223.86 |
| W.S. BADCOCK CORPORATION | Unsecured | NA | 0.00 | 1,898.55 | 0.00 | 0.00 |
| WAYNE GENERAL HOSPITAL | Unsecured | NA | 1,470.54 | 1,470.54 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $35,290.12 | $11,533.85 | $3,565.32 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $26,584.83 | $8,891.84 | $1,842.83 |
| **TOTAL SECURED:** | **$61,874.95** | **$20,425.69** | **$5,408.15** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $515.64 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$515.64** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$46,186.84** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,052.35 |
| Disbursements to Creditors | $25,833.84 |
| **TOTAL DISBURSEMENTS :** | **$31,886.19** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/23/2025        By: /s/ David Rawlings
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.